IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-559-D

| | |
|---|---|
| FREDRICK DARNELL HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| THE CITY OF RALEIGH NORTH ) | |
| CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |

On November 29, 2020, defendants moved to dismiss the complaint [D.E. 12]. On March 22, 2021, the court granted Hall's motion to amend his complaint [D.E. 24]. On March 26, 2021, Hall filed an amended complaint [D.E. 25]. In light of the amended complaint, defendant's motion to dismiss [D.E. 12] is DISMISSED as moot. The court will resolve defendants' motion to dismiss the amended complaint in due course.

SO ORDERED. This 14 day of July 2021.

JAMES C. DEVER III
United States District Judge