IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FREDERICK DARNELL HALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:20-cv-00559-D |
| ) | |
| CITY OF RALEIGH, ) | |
| NORTH CAROLINA, ) | |
| LT KLEUGER, K.N. WALL, A.E. ) | |
| JONES, S.O. EDMONDS, M.O. ) | |
| GLEN, S.T. HENRY, B.S. HARRIS, ) | |
| M.S. HORNER, JOHN DOES I-VI ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES Catharine E. Edwards of the law firm of Edwards Beightol, LLC, and pursuant to Local Rule 5.2(c) gives notice of her appearance as counsel for Plaintiff Frederick Darnell Hall in the above-referenced action. Ms. Edwards appears in place of Robert Lewis, Jr., of The Lewis Law Firm, P.A., who hereby withdraws from this matter.

Ms. Edwards is aware of and will comply with all pending deadlines in this matter. The undersigned hereby requests that all pleadings, motions, notices, correspondence and other papers relating the above-captioned action be send to her at the address listed below.

This the 14th day of June, 2022.

*SIGNATURES APPEAR ON THE FOLLOWING PAGE*

/s/ Catharine E. Edwards  
Catharine E. Edwards  
N.C. State Bar No. 52705  
**EDWARDS BEIGHTOL, LLC**  
P.O. Box 6759  
Raleigh, NC 27628  
cee@eblaw.com  
Phone: (919) 636-5100

/s/ Robert Lewis, Jr.  
Robert Lewis, Jr.  
N.C. State Bar No. 35806  
**THE LEWIS LAW FIRM, P.A.**  
P.O. Box 1446  
Raleigh, NC 27601  
rlewis@thelewislawfirm.com  
Phone: (919) 609-2494

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I electronically filed on behalf of the Plaintiffs the foregoing Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and/or their attorneys who have appeared in this action.

This the 14th day of June, 2022.

/s/ Catharine E. Edwards
Catharine E. Edwards
N.C. State Bar No. 52705
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, NC 27628
cee@eblaw.com
Phone: (919) 636-5100