IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FREDERICK DARNELL HALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:20-cv-00559-D |
| ) | |
| CITY OF RALEIGH, ) | |
| NORTH CAROLINA, ) | |
| LT KLEUGER, K.N. WALL, A.E. ) | |
| JONES, S.O. EDMONDS, M.O. ) | |
| GLEN, S.T. HENRY, B.S. HARRIS, ) | |
| M.S. HORNER, JOHN DOES I-VI ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

NOW COME the Parties in the above-captioned action, by and through the undersigned counsel, and file this Stipulated Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This matter having been resolved to the satisfaction of all parties, Plaintiff hereby dismisses this action in its entirety with the consent of all Defendants. Each party shall bear its own costs and attorneys' fees.

This the 23rd day of September, 2022.

                                                **EDWARDS BEIGHTOL, LLC**

                                                /s/ Catharine E. Edwards
                                                Catharine E. Edwards
                                                N.C. State Bar No. 52705
                                                cee@eblaw.com

Kristen L. Beightol
N.C. State Bar No. 27709
klb@eblaw.com
P.O. Box 6759
Raleigh, NC 27628
Telephone:    (919) 636-5100
Facsimile:    (919) 495-6868

*Counsel for Plaintiff Fredrick D. Hall*

**YATES, MCLAMB & WEYHER, L.L.P.**

/s/ Rodney E. Pettey
Rodney E. Pettey
N.C. State Bar No.: 17715
P.O. Box 2889
Raleigh, NC 27602
Telephone:    (919) 835-0900
Facsimile:    (919) 835-0910
Email:        rpettey@ymlaw.com

*Counsel for Defendants J.E. Krueger, K.N. Wall, A.E. Jones, C.J. Edmonds, A. Glenn, S.T. Henry, B.S. Harris and M.S. Horner, in their individual capacities*

**CITY OF RALEIGH**
**Robin L. Tatum**
**City Attorney**

By:    /s/ Hunt K. Choi
HUNT K. CHOI
Deputy City Attorney
N.C. State Bar No. 24172
P.O. Box 590
Raleigh, North Carolina 27602
Telephone:    (919) 996-6560
Facsimile:    (919) 996-7201
Email:        Hunt.choi@raleighnc.gov

*Counsel for City of Raleigh*

# CERTIFICATE OF SERVICE

   I hereby certify that on September 23, 2022, I served on behalf of Plaintiff the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** on counsel for all parties in this case by filing it with the Court's ECF system.

This the 23rd day of September, 2022.

                /s/ Catharine E. Edwards
                N.C. State Bar No.: 52705
                Attorney for Plaintiff
                cee@eblaw.com
                **EDWARDS BEIGHTOL, LLC**
                PO Box 6759
                Raleigh, NC 27628
                Telephone: (919) 636-5100
                Facsimile: (919) 495-6868